Decided September 9, 1999

## CRYSTAL LAKE CLEAN WATER PRESERVATION ASSOCIATION *v.* TOWN OF ELLINGTON

The plaintiff's petition for certification for appeal from the Appellate Court, 53 Conn. App. 142 (AC 17577), is denied.

*James W. Sherman,* in support of the petition.

*Atherton B. Ryan,* in opposition.

Decided September 9, 1999

The plaintiff's petition for certification for appeal from the Appellate Court, 53 Conn. App. 636 (AC 17729/ 17737), is denied.

Decided September 9, 1999